

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00322-CV

CHERIE ALLEN AND MARY JONES          APPELLANTS

V.

CITY OF FORT WORTH, TARRANT          APPELLEES
COUNTY, FORT WORTH
INDEPENDENT SCHOOL
DISTRICT, TARRANT REGIONAL
WATER DISTRICT, TARRANT
COUNTY HOSPITAL DISTRICT,
AND TARRANT COUNTY
COLLEGE DISTRICT

------------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 236-B39393-09

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On October 7, 2016, and October 26, 2016, we notified appellant Mary Jones in accordance with rule of appellate procedure 42.3(c) that we would dismiss her appeal unless the $205 filing fee was paid. *See* Tex. R. App. P.

---

[1]*See* Tex. R. App. P. 47.4.

42.3(c). Appellant Mary Jones has not paid the $205 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellant Mary Jones failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2015,[2] we dismiss the appeal of Mary Jones. *See* Tex. R. App. P. 42.3(c), 43.2(f).

This case shall hereafter be styled "Cherie Allen v. City of Fort Worth, Tarrant County, Fort Worth Independent School District, Tarrant Regional Water District, Tarrant County Hospital District, and Tarrant County College District."

Appellant Mary Jones shall pay all costs of her appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: November 23, 2016

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).